UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **EDDY PHANTHAI** | ) |
| **Defendant** | ) |

*Magistrate Judge Docket*

~~Criminal~~ No. 2004 M 0429 RBC

## AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Paul Buchanan, Special Agent for the Drug Enforcement Administration, do hereby

make oath before the Honorable Robert B. Collings, United States Magistrate Judge for the

District of Massachusetts, that upon knowledge coming to me in connection with my official

duties and as part of the official records of my office, I am advised that there is presently

outstanding a warrant of arrest for one Eddy Phanthai on a complaint filed in the District of

Maine charging the defendant with knowingly and intentionally conspiring to distribute and

possess with intent to distribute 50 grams or more of a substance containing cocaine base, a

Schedule II controlled substance, as listed in 21 U.S.C. § 812, in violation of 21 U.S.C. § 846 and

841(a)(1), and I do hereby make oath that this warrant of arrest is outstanding in said District on

the basis of the information set out above. A copy of said warrant is attached.

Paul Buchanan
Special Agent
Drug Enforcement Administration

**Subscribed and sworn to before me this 13th day of January, 2004.**

Robert B. Collings
United States Magistrate Judge

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF MAINE

UNITED STATES OF AMERICA

V.

EDDY PHANTHAI

## WARRANT FOR ARREST

CASE NUMBER: 04-05

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EDDY PHANTHAI
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

In violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 _____

_William S Brownell_
Name of Issuing Officer

_(Signature)_
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

01-14-2004      Portland, ME
Date and Location

By: A TRUE COPY ATTEST: William S. Brownell, Clerk
Deputy Clerk

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
| ) | |
| ) | |
| v.     ) | Mag. No. 02-05-C |
| ) | |
| DUNG LE     ) | |
| HOANG NGUYEN     ) | |
| EDDY PHANTHAI     ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Beginning in about November 2003 and continuing until on about January 12, 2004, in the Districts of Maine and Massachusetts, the defendants,

**DUNG LE**
**HOANG NGUYEN**
**EDDY PHANTHAI**

knowingly and intentionally conspired with each other and others to commit offenses against the United States, that is, to distribute and possess with intent to distribute 50 grams or more of a substance containing cocaine base, a Schedule II controlled substance, as listed in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described herein.

I further state that I am a Task Force Agent with the United States Drug Enforcement Administration and that this Complaint is based on those facts which are set forth in my affidavit which is attached hereto and which is incorporated herein by reference.

Date: 01\13\03

_____
TFA Sheila Wetherbee
U.S. Drug Enforcement Administration

Sworn to before me and subscribed in my presence this 13th day of January, 2004.

UE COPY
ATTEST: William S. Brownell, Clerk

By_____
Deputy Clerk

_____
United States Magistrate Judge

## AFFIDAVIT OF SHEILA WETHERBEE

. I, Sheila Wetherbee, do hereby depose and state:

I am a police officer for the Town of Cumberland. I am currently a task force agent with the United States Drug Enforcement Administration (DEA) in Portland, Maine. I am a federally deputized task force agent. I make this Affidavit in support of the issuance of a criminal complaint charging Dung Le, Hoang Nguyen and Eddy Phanthai with conspiracy to distribute and possess with intent to distribute 50 grams or more of a substance containing cocaine base in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A). The information contained in this affidavit is known to me from personal knowledge, discussions with other investigating agents and cooperating individuals identified below. This affidavit does not contain all the facts known to me at this time, but merely seeks to establish that Dung Le, Hoang Nguyen and Eddy Phanthai have committed the above-mentioned offenses. In support thereof, I state the following:

1. DEA Special Agent Paul Buchanan has informed me that:

A. On January 11, 2003, just before 2:00 p.m., a cooperating individual ("CI") told DEA Special Agent Paul Buchanan that Hoang Nguyen was making a trip to Lowell, Massachusetts to pick up cocaine base for distribution in Maine. The CI indicated that Nguyen was planning to leave around 2:00 p.m. The CI has been working as a paid informant for DEA for approximately 4 months. He has prior convictions from the early 1980s for negotiating a worthless instrument, possession of burglars tools, theft, theft by deception and burglary. Over the last three months, DEA agents and the CI have made purchases of cocaine base from Nguyen and Le. The CI has provided us with reliable information during the course of this investigation From these past dealings we were aware that Nguyen drove a small white Honda with Nebraska license plate number 0AE483.

B. At approximately 3:00 p.m. S/A Buchanan notified the Maine State Police that an individual driving a small white Honda with Nebraska license plate number 0AE483 would be traveling north on the Maine Turnpike transporting cocaine base. At approximately 3:15 p.m. Maine State Troopers stopped a white Honda Civic, bearing Nebraska license plate number 0AE483 at Exit 4 in Biddeford traveling north on the Maine Turnpike. Dung Le was driving the car and Nguyen was a passenger. The Troopers determined that both Le and Nguyen had suspended licenses.

C. Maine State Police Trooper Edmund Furtado searched the Honda and found approximately 2 ounces of what appeared to be cocaine base in the back seat. Le and Nguyen were arrested and taken to the State Police Barracks in South Portland.

D. Nguyen and Le were placed under arrest and advised of their <u>Miranda</u> Rights. They both agreed to waive those rights and speak to S/A Buchanan.

E. Nguyen admitted that he and Le had gone to Lowell that day and picked up the cocaine base. He said that for approximately 3 months he had been selling cocaine base in Maine with Le and other associates. He indicated that they have been obtaining their cocaine base from an individual in Lowell who he only knew as "Little Boy."

2. I participated in the debriefing of Le. She first denied knowing that there was cocaine base in the car and then confessed that she and Nguyen had obtained the cocaine base from an individual in Lowell that she knew as "Little Boy."

3. On January 12, 2004, both Le and Nguyen signed written waivers of their right to a probable cause finding and to speedy appearance before a federal magistrate judge. Following the signing of the waivers they provided additional information to S/A Buchanan and me. Le and Nguyen explained that for the last three to four months they or one of their associates have

2

made at least three trips a month to Lowell and purchased approximately 2 ounces of cocaine base from "Little Boy." Nguyen agreed to make a call to "Little Boy" and order cocaine base.

4. On January 12, 2004, prior to 2:00 p.m., Nguyen made a recorded call to "Little Boy." I monitored the call. Nguyen told "Little Boy" that he wanted "two." Nguyen told us that that meant two ounces of cocaine base. Nguyen and "Little Boy" agreed to meet at 5:00 p.m. in Lowell. Nguyen told us that "Little Boy" would call him around 5:00 p.m. and tell him where to meet. Nguyen told us that "Little Boy" usually drove a "nice" or "newer" silver Honda Prelude.

5. DEA S/A Daniel Rousseau and S/A Buchanan have informed me that:

A. At approximately 4:00 p.m. on January 12, 2004, they left Portland, Maine for Lowell, Massachusetts with Nguyen. DEA Task Force Agent Greg Boucher drove the white Honda Civic with Nebraska tags to Lowell. Nguyen made a second recorded call to "Little Boy" and told him that he would be late. At approximately 7:30 p.m., Nguyen and agents Rousseau, Buchanan and Boucher arrived in Lowell. Nguyen made a third recorded call to "Little Boy." "Little Boy" told Nguyen to meet him in front of the Blockbuster Video store in the Hannaford parking lot in Lowell. S/A Rousseau searched the Honda Civic and Nguyen and did not find any contraband.

B. DEA agents from Massachusetts had set up surveillance in the Hannaford parking lot. The Massachusetts DEA agents informed S/A Rousseau that a silver 1999 Honda Prelude was parked in front of the Blockbuster Video. Nguyen drove his vehicle into the Hannaford parking lot and S/A Rousseau followed behind him in another vehicle. As Nguyen approached the silver 1999 Honda Prelude, the Prelude lights started flashing. Agents apprehended the driver who was identified as Eddy Phanthai. There was no one else in the Honda Prelude. Nguyen told S/A Rousseau that Phanthai was the individual he knew as "Little

3

Boy." Phanthai was placed under arrest and searched. Agents found approximately two ounces of what appeared to be cocaine base in Phanthai's sweatshirt.

6. S/A Dan Rousseau conducted a chemical field test of a sample of the substance seized on January 11, 2004 from the white Honda Civic and it tested positive for cocaine base.

7. S/A Dan Rousseau conducted a chemical field test of a sample of the substance seized from Eddy Phanthai in Lowell on January 12, 2004 and it tested positive for cocaine base.

8. Based on the above information, I believe that probable cause exists to find that Dung Le, Hoang Nguyen and Eddy Phanthai have committed the offenses of conspiracy to distribute and possess with intent to distribute 50 grams or more of a substance containing cocaine base and in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1(A).

Dated at Portland, Maine this 13th day of January, 2004.

01\13\03

TFA Sheila Wetherbee
DEA

Subscribed to and sworn before me this 13th day of January, 2004.

United States Magistrate Judge

4