CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

LOCATION NUMBER

IN THE CASE OF: US v.s. Eddie Phanthai
FOR: 
AT: 

PERSON REPRESENTED (Show your full name):

1 [X] Defendant—Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other

DOCKET NUMBERS
Magistrate: 04 m 0429 RBC
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  [X] Felony  [ ] Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? [ ] Yes  [X] No  [ ] Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment: 3/01
How much did you earn per month? $ 600.00

If married is your Spouse employed? [ ] Yes  [X] No  N/A
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? [X] Yes [ ] No   IF YES, state total amount $ 900.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [X] No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

## DEPENDENTS
MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

## OBLIGATIONS & DEBTS
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: N/A
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 1/13/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Eddy Phanthai